**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA AND ) | |
| STATE OF RHODE ISLAND ) | |
| *ex rel.* TIMOTHY P. MURPHY, M.D., ) | |
| ) | Civil Action No. |
| Plaintiffs, ) | CV-18-564-JJM-LDA |
| -v.- ) | |
| ) | **FILED UNDER** |
| RHODE ISLAND MEDICAL IMAGING, ) | **SEAL PURSUANT TO** |
| INC. ) | **31 U.S.C. § 3730** |
| Defendant. ) | |
| ) | |

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States respectfully notifies the Court of its decision not to intervene in this action.[1]

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States, and that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition

---

[1] Relator's complaint also includes claims on behalf of the State of Rhode Island, under its False Claims Act. Counsel for the United States does not represent the State of Rhode Island; this Office is advised by counsel for the State of Rhode Island that it too declines intervention in this action, and requests the rights of notice, intervention, appeal, and solicitation of consent to dismissal provided by its False Claims Act.

1

transcript, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or any claim therein, including but not limited to in the exercise of its authority under 31 U.S.C. § 3730(c)(2).

The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the Complaint, this Notice, and the attached proposed Order be unsealed. The United State requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated:  January 8, 2020                              Respectfully submitted,
                                                     THE UNITED STATES OF AMERICA

                                                     AARON L. WEISMAN
                                                     United States Attorney

                                      By:    _/s/ Bethany N. Wong_____
                                             Bethany N. Wong
                                             Assistant United States Attorney
                                             50 Kennedy Plaza, 8th Floor
                                             Providence, RI 02906
                                             (401) 709-5000
                                             Bethany.Wong@usdoj.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that, on January 8, 2020, I caused the foregoing document to be sent via first class mail to:

James F. Dube, Esq.
Assistant Attorney General
Rhode Island Office of Attorney General
150 South Main Street
Providence, RI 02903

Howard Merten, Esq.
Partridge Snow & Hahn LLP
40 Westminster Street, Suite 1100
Providence, RI 02903

Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the defendant because this case remains under seal.

By:     _/s/ Bethany N. Wong_____
Bethany N. Wong, Assistant United States Attorney