**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA AND
STATE OF RHODE ISLAND, ex rel.
TIMOTHY P. MURPHY, MD,

        Plaintiff,

v.

RHODE ISLAND MEDICAL IMAGING,
INC.,

        Defendant.

C.A. No. 1:18-cv-00564-JJM-PAS

**JOINT MOTION TO AUTHORIZE RELEASE OF FUNDS FROM REGISTRY**

Plaintiff Timothy Murphy, MD, and Defendant, Rhode Island Medical Imaging, Inc. ("RIMI") jointly move for an order authorizing the release of all funds from the Registry of the Court to Plaintiff.  In support of this motion, the Plaintiff states as follows:

1. **Background**:  Pursuant to this Court's order dated August 31, 2022 (ECF No. 42), RIMI deposited funds amounting to $348,527.00 into the Registry of the Court per Rule 67(a) of the Federal Rules of Civil Procedure.

2. **Release of Funds**:  The parties agree that the funds deposited with the Court, together with all interest accrued thereon, shall be released and paid to the Plaintiff, who resides at 121 Centre St., PH3, Brookline, MA 02446.

WHEREFORE, the Parties respectfully requests that the Court authorize the Clerk to release the deposited funds, plus any accrued interest, to the Plaintiff in accordance with this joint motion.

Dated:  May 27, 2025

Respectfully Submitted,

TIMOTHY P. MURPHY, MD,

RHODE ISLAND MEDICAL IMAGING, INC.

By His Attorneys,

By Its Attorneys,

/s/ Howard Merten
Howard Merten (#3171)
Christopher M. Wildenhain (#8619)
PARTRIDGE SNOW & HAHN LLP
40 Westminster Street, Suite 1100
Providence, RI  02903
Tel: (401) 861-8200
Fax: (401) 861-8210
hmerten@psh.com
cwildenhain@psh.com

/s/ Kyle M. Zambarano
Robert P. Brooks (#3721)
Richard R. Beretta, Jr. (#4313)
Kyle M. Zambarano (#7171)
ADLER POLLOCK & SHEEHAN P.C.
One Hundred Westminster Street, 16th Floor
Providence, RI  02903
Tel: (401) 274-7200
Fax: (401) 751-0604
rbrooks@apslaw.com
rberetta@apslaw.com
kzambarano@apslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, a copy of the foregoing document has been filed electronically through the Court's EM/ECF system, is available for viewing and downloading and will be sent electronically to all registered participants identified on the Notice of Electronic Filing.

/s/ Howard Merten

4937-0565-3831

2